<pre>
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
                             AT SEATTLE
</pre>

| | |
|---|---|
| ALI FAZELI, et al., | |
| Plaintiff(s), | NO. C08-1408MJP |
| v. | ORDER OF DISMISSAL |
| UNITED STATES OF AMERICA, et al., | |
| Defendant(s). | |

The above-entitled Court, having received and reviewed:

1. Defendant's Motion to Dismiss

2. Plaintiffs' Non-Opposition to Motion to Dismiss

and all attached exhibits and declarations, makes the following ruling:

IT IS ORDERED that the above-entitled matter is DISMISSED on grounds of mootness.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: January 13, 2009

Marsha J. Pechman
U.S. District Judge

**ORDER OF DISMISSAL - 1**